```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX003954
Cashier ID: sg
Transaction Date: 09/05/2007
Payer Name: WYNKOOP AND THOMAS
----------------------------------
CIVIL FILING FEE
 For: WYNKOOP AND THOMAS
 Amount:         $350.00
----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

07-CV-01863


A fee of $45.00 will be assessed on
any returned check.
```