**UNITED STATES DISTRICT COURT**

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

JOHN L. KANE
SENIOR JUDGE

# MEMORANDUM

**TO:**     Greg Langham, Clerk

**FROM:**   Judge John L. Kane

**DATE:**   September 6, 2007

**RE:**     Civil Action No. **07-cv-1863**


Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.


JLK/ses