

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

September 7, 2007

See Notice of Electronic Filing

Re:   John Wischmeyer v. Deputy Sheriff Jeffrey A. Wood, et al.
      Civil Action Number: 07-cv-01863-LTB-MJW

Dear Counsel:

Pursuant to Judge John L. Kane's direction, please be advised that the above referenced case has been randomly reassigned to Judge Lewis T. Babcock. All future pleadings should reference the new judge designation in the civil action 07-cv-01863-LTB-MJW as shown above.

Thank you for your cooperation in this matter.

Very truly yours,
GREGORY C. LANGHAM, CLERK


By: s/ Linda Rivas
      Deputy Clerk


cc:   Magistrate Judge Michael J. Watanabe


(Rev. 10/02)