# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  07-cv-01863-LTB-MJW

JOHN WISCHMEYER,

        Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and person capacity, and
PARK COUNTY, by and through the Park County Sheriffs Office, a municipality,

        Defendants.
_____

## ORDER TO SHOW CAUSE
_____

The above-captioned action was filed on September 5, 2007.  Upon review of this matter, the Court notes that no further action has been taken since that date.  The Court file reflects no proof of service of process on, responsive pleadings by, or default against any defendants.  It therefore appears no service has been made within 120 days next following the filing of the complaint.  Accordingly, it is hereby

ORDERED, pursuant to Rule 4(m), Federal Rules of Civil Procedure, that Plaintiff shall, **on or before February 7, 2008**, show good and sufficient cause if any he has in writing why such service was not made within that period.  In the event no cause is shown, this case <u>shall be</u> dismissed without prejudice without further notice as to any defendants not served.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   January 18, 2008