IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-CV-01863-LTB-MJW

JOHN WISCHMEYER,

    Plaintiff,

vs.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity, and PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,

    Defendants.

## MOTION TO DISMISS UNDER RULE 4(m)

Defendants Deputy Wood and Park County, by and through their attorney Robert M. Liechty of CROSS & LIECHTY, P.C., move to dismiss pursuant to Rule 4(m) and as grounds therefore state as follows:

    1.    This case generally concerns allegations that Deputy Wood used unreasonable force in seizing plaintiff. Plaintiff filed the action in this Court on September 5, 2007. Under Rule 4(m), plaintiff had 120 days in which to serve defendants, that is, by Thursday, January 3, 2008. Plaintiff served the County on January 16, 2008. Although the clerk who accepted service, Sandra West, does not recall the exact date upon which she accepted service, she knows it was during the week of January 14, 2008. **See** affidavit of West. She also knows that she put a copy of the summons and complaint to be sent to Corporal Wood in the interoffice mail on that day. Corporal Wood received that copy the next day on January 17, 2008 (**see** Jeffrey Wood's

affidavit); therefore, the summons and complaint was served on the day before, on January 16, 2008.

  2. Consequently, the summons and complaint was served on the County 13 days late under Rule 4(m).

  3. Corporal Wood was personally served on February 4, 2008.  **See** his affidavit. Therefore, service on him was 31 days late under Rule 4(m).

  4. Rule 4(m) provides for relief if plaintiff can show good cause as to why timely service was not made.  On its face, there is no good cause for such late service given the fact that defendants are a public employee or a public entity, both easily susceptible to service.  Given that defendants do not know what argument, if any, plaintiff may make to show good cause, they reserve such argument for the reply brief.

  5. Defendants understand that this matter is also the subject of an order to show cause.

WHEREFORE, defendants respectfully request that this Court dismiss without prejudice the action herein.

  Respectfully submitted this February 5, 2008.

        By: s/ *Robert M. Liechty*
          Robert M. Liechty
          CROSS & LIECHTY, P.C.
          400 So. Colorado Blvd., Suite 900
          Denver, Colorado 80246
          Tel:  (303) 333-4122
          Email:  rliechty@crossliechty.com

## CERTIFICATE OF SERVICE

I hereby certify that on this February 5, 2008, a true and correct copy of the above and foregoing **MOTION TO DISMISS UNDER RULE 4(m)** was, unless otherwise indicated, filed electronically with the Court who provides notice to the following:

Richard Wynkoop, Esq.
4410 Yates St.
Denver, CO 80212

             s/ *Linda L. DeVico*