IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-CV-01863-~~JLK~~-MJW *LTB*

JOHN WISCHMEYER,

    Plaintiff,

vs.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity, and PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,

    Defendants.

---

### AFFIDAVIT OF SANDRA WEST

---

I, Sandra West, being of lawful age and duly sworn, hereby state as follows:

1.     I am a clerk in the Sheriff's Office in Fairplay. I accepted service of the summons and complaint in this case the week of January 14, 2008. On the same day that I received it, I placed a copy in the interoffice mail to be sent to Corporal Jeffrey Wood.

                                                                   /s/ Sandra West
                                                                   Sandra West

STATE OF COLORADO   )
                                     ) ss.
COUNTY OF PARK       )

SUBSCRIBED AND SWORN to before me this 4th day of February, 2008, by Sandra West, as being true and correct to the best of his knowledge, information and belief.

WITNESS my hand and official seal.

My Commission Expires:

                                            /s/ Carmela A. Schweer
                                            Notary Public

[Notary Seal: CARMELA A. SCHWEER, STATE OF COLORADO]

My Comm. Expires 2-3-2011