IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-CV-01863-~~JLK~~-MJW   *LTB*

JOHN WISCHMEYER,

    Plaintiff,

vs.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity, and PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,

    Defendants.

---

### AFFIDAVIT OF JEFFREY WOOD

---

I, Jeffrey Wood, being of lawful age and duly sworn, hereby state as follows:

1.     I am the Deputy Wood named as defendant in this lawsuit. I received a copy of the summons and complaint on January 17, 2008, via the interoffice mail which was sent the day before, on January 16, 2008. I was personally served on February 4, 2008.

                                                                      _/s/ Jeffrey Wood_

STATE OF COLORADO   )
                              ) ss.
COUNTY OF PARK      )

SUBSCRIBED AND SWORN to before me this 5th day of February, 2008, by Jeffrey Wood, as being true and correct to the best of his knowledge, information and belief.

WITNESS my hand and official seal.

My Commission Expires:

                                                          _Sharon Clarke_
                                                          Notary Public

MyC Expires 9-9-09