IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01863-LTB-MJW

JOHN WISCHMEYER,

      Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity, and PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants have filed a Motion to Dismiss Under Rule 4(m) (Doc 5 - filed February 5, 2008). Plaintiff has **up to and including February 19, 2008** to file a response.

Dated:  February 6, 2008
_____