IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07-CV-01863-LTB-MJW

JOHN WISCHMEYER
Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity,
And PARK COUNTY, by and through the Park County Sheriffs Office,
A municipality,
Defendants.

## ENTRY OF APPEARANCE AS COUNSEL FOR PLAINTIFF

COMES NOW the law firm of Brian DeBauche & Assoc. LLC, through Brian DeBauche, Esq. and after being duly authorized to do so enters an appearance as counsel for the Plaintiff for all purposes.

Respectfully Submitted,


By:  S/ BRIAN DEBAUCHE
Brian DeBauche, Esq.
401 Kalamath St.
Denver CO 80204-5019
(303) 571-5023
Fax (303) 571-5043
briandebauche@mailml.com

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that on February 7, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

rliechty@crossliechty.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECFparticipants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name.

John Wischmeyer
2335 Elm Street
Columbus IN 47201

By: **s/ Brian DeBauche**
Brian DeBauche, Esq.
Registration No. 28593
401 Kalamath St.
Denver, CO 80204
Phone: (303) 571-5023
Fax: (303) 571-5043
briandebauche@mailml.com