UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07 CV 01836

JOHN WISCHMEYER
Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity,
And PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,
Defendants.

### AFFIDAVIT OF SERVICE

I declare under oath that, I am over the age of 18 years and not a party to this case and that I served this Summons, Civil Cover Sheet and Complaint in _PARK_ (County) _COLORADO_ (State) on _1.16.08_ (date) at the following location: _1180 CR 16, Fairplay, CO 80440_

☑ By handing it to a person identified to me as the Defendant or by leaving it with

_Sandra West, Civil Division of Sheriff's Office_
(name and title of person authorized to accept service)

Signature of Process Server

_Monica A. Douglas_

_Monica A. Douglas_
Name (Print or type)

## CERTIFICATION BY NOTARY PUBLIC

State of Colorado     )
                      )   The foregoing instrument was acknowledged before me this
County of Park        )   16th day of January 2008
                          by Ed Hartman

_Ed Hartman_
NOTARY PUBLIC

Witness my hand and official seal.     My commission expires: 6-21-09

(SEAL)