UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07CV 01836

JOHN WISCHMEYER
Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity,
And PARK COUNTY, by and through the Park County Sheriffs Office,
A municipality,
Defendants.

---

## AFFIDAVIT OF SERVICE

I declare under oath that, I am over the age of 18 years and not a party to this case and that,

I served this Summons, Civil Cover Sheet and Complaint in _Jefferson_ (County) _COLORADO_ (State) on _2/4/08_ (date) at the following location:
_Jefferson County Courthouse, 100 Jefferson County Pkwy Golden, CO 80419_

Check one:

☒ By handing it to a person identified to me as the Defendant or by leaving it with _____
_____ (name and title of person authorized to accept service)

Signature of Process Server

_Lisa Rutherford_  2/4/08
Name (Print or type)

## CERTIFICATION BY NOTARY PUBLIC

State of Colorado      )
                       )   The foregoing instrument was acknowledged before me this
County of Denver       )   4 day of February, 2008
                           by Lisa Rutherford.

_____
NOTARY PUBLIC

Witness my hand and official seal.

My commission expires: 6/30/08

My Commission Expires 06/30/2008