IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01863-LTB-MJW

JOHN WISCHMEYER,

       Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity, and
PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       Upon Plaintiff's Response to Order to Show Cause (Doc 8 - filed February 7, 2008), the Order to Show Cause issued January 18, 2008 is DISCHARGED.




Dated:   February 6, 2008
_____