**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO

Civil Action No. 07-CV-01863-LTB-MJW

**JOHN WISCHMEYER   Plaintiff,**

v.

DEPUTY SHERIFF JEFFREY A. WOOD**, in his official and personal capacity, And** PARK COUNTY**, by and through the Park County Sheriffs Office, A municipality,**

**Defendants.**

---

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW, Richard Wynkoop, Esq., a Member of the Bar of the State of Colorado, and hereby requests leave of this Honorable Court to withdraw as attorney of record for the Plaintiff, herein, and as grounds therefore states as follows:

1. Counsel indicates that Brian DeBauche & Associates, LLC has entered their appearance on this case and will serve as counsel for all purposes.

THE PLAINTIFF IS INFORMED:

    a. That your attorney indicates he must withdraw from further representation.

    b. The within Court retains jurisdiction over this case and over you.

    c. You, the Plaintiff, have the burden of informing the Court as to where notices, pleadings, or other papers may be served upon you.

    d. You, the Plaintiff, have the obligation to prepare for all hearings and trial herein, if applicable, or must hire other counsel to prepare for trial when the trial date has been set.

    e. If you fail or refuse these burdens, you may suffer possible penalties or **default**.

    f. Any dates of any proceedings including trial, if applicable, and the holding of such proceedings will not be affected by the withdrawal of the undersigned.

    g. **There are no hearings scheduled in this matter.**

    **h.** Service of process my be served upon you at your last known address:

    i. You have the right to object to this Notice and the intended withdrawal by filing such objection with the Court, identified at the beginning of this Notice, within fifteen (15) days of the date of this Notice.

    j. Brian DeBauche, Esq. is an attorney that continues to represent you in this matter.

WHEREFORE, the undersigned requests this Honorable Court grant his Motion to Withdraw from any further representation of this Respondent in this matter.

The undersigned counsel certifies pursuant to C.R.C.P. 121 §1-1 that the within Motion meets the requirements of this rule regarding proper notification, and that the client received actual notice of the attorney's intent to withdraw by

[ ] telephone, voice mail only  
[ ] letter dated  
[xx] personal notification

        Submitted February 13, 2008

        Respectfully Submitted,

    By: s/ Rick Wynkoop
        Rick Wynkoop, Esq.
        Registration No. 32006

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that on February 19, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

rliechty@crossliechty.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name.

John Wischmeyer
2335 Elm Street
Columbus IN 47201

    By: **s/ Brian DeBauche**
        Brian DeBauche, Esq.
        Registration No. 28593
        401 Kalamath St.
        Denver, CO 80204
        Phone: (303) 571-5023
        Fax: (303) 571-5043
        briandebauche@mailml.com