IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01863-LTB-MJW

JOHN WISCHMEYER,

    Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity, and PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,

    Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion to Withdraw as Counsel for Plaintiff (Doc 10 - filed February 19, 2008) is **GRANTED**. Richard Wynkoop is allowed to withdraw as counsel for Plaintiff herein. Plaintiff will continue to be represented by Brian DeBauche.

Dated:  February 20, 2008
_____