IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07-CV-01863-LTB-MJW

JOHN WISCHMEYER
Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity,
And PARK COUNTY, by and through the Park County Sheriffs Office,
A municipality,
Defendants.

## MOTION FOR PERMISSION TO FILE REBUTTAL TO DEFENSE REPLY REGARDING MOTION TO DISMISS

Comes now the Plaintiff by and through counsel Brian DeBauche, Esq. and requests this Honorable Court allow until Wednesday, March 12, 2008 for the filing of a rebuttal to the reply filed by defendants in support of their Motion to Dismiss under rule 4(m), and states:

1. This counsel is in receipt of the Reply in support of the Motion to Dismiss filed by the County in this case; after research through the various unpublished opinions cited by the Defendants, it appears that a rebuttal is necessary to properly frame the issues presented, and to provide some response to the various statements of unpublished "law" cited in the Reply.

2. The ordinary course of pleadings in this case would not include a rebuttal. D.C.Colo. LCivR 7.1; however due to the way the Motion to Dismiss was handled separately, and distinguished from, the Response to the Order to Show Cause and resulting Order, this counsel can state the record is not complete, and this counsel did not file a separate response to the Motion to Dismiss in a way that would distinguish the issues raised in the Reply.

Plaintiff requests additional time to be allowed to supplement his Response to the Order to Show Cause in light of those cases presented by the Defendant in the Reply.

3. A rebuttal would require permission from the court to vary from the ordinary procedural rules, and counsel makes this request while remaining within the fifteen days available from the day of the filing of the Reply, for the responsive pleading to be filed. The Reply was filed on February 22nd; and this request to enlarge time is filed within thirteen days of that date. F.R.C.P. 6(b).

Wherefore Plaintiff requests this Honorable Court allow until Wednesday, March 12, 2008 for the filing of a rebuttal to the Reply filed by the defense.

Respectfully Submitted,

Brian DeBauche & Associates, L.L.C.

By: /s/ *Brian DeBauche*
Brian DeBauche, Esq.
401 Kalamath St.
Denver, CO 80204
(303) 571-5023
FAX: (303) 571-5043
Email: briandebauche@mailml.com
Attorney for Plaintiff

## **CERTIFICATE OF MAILING**

**I HEREBY CERTIFY** that on March 6, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

rliechty@crossliechty.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name.

John Wischmeyer
2335 Elm Street
Columbus IN 47201

            By: **s/ Brian DeBauche**
              Brian DeBauche, Esq.
              Registration No. 28593
              401 Kalamath St.
              Denver, CO 80204
              Phone: (303) 571-5023
              Fax: (303) 571-5043
              bdebauche@qwest.net