IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01863-LTB-MJW

JOHN WISCHMEYER,

    Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity, and PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,

    Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiff's Motion for Permission to File Rebuttal to Defense Reply Regarding Motion to Dismiss (Doc 13) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A).


Dated:  March 7, 2008
_____