IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  07-cv-01863-LTB-MJW

JOHN WISCHMEYER,

   Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity, and PARK COUNTY, by and through the Park County Sheriff's Office, a municipality,

   Defendants.
_____

### MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


  Plaintiff's Second Motion for Permission to File Rebuttal to Defense Reply Regarding Motion to Dismiss (Doc 15 - filed March 7, 2008) is **GRANTED**.




Dated:  March 10, 2008
_____