IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 07-cv-01863-LTB-MJW

JOHN WISCHMEYER,

     Plaintiff,

v.

DEPUTY SHERIFF JEFFREY A. WOOD, in his official and personal capacity,
and PARK COUNTY, by and through the Park County Sheriffs Office, a municipality,

     Defendants.

_____

### JUDGMENT
_____

     PURSUANT TO and in accordance with the Order entered by the Honorable Lewis T. Babcock, United States District Judge, on June 2, 2008, it is

     ORDERED that Defendants' Motion to Dismiss Under Rule 4(m) is granted.  It is

     FURTHER ORDERED that judgment is entered for Defendants and against the Plaintiff and the action and complaint are dismissed without prejudice.

     Dated at Denver, Colorado this  4th  day of June 2008.

     FOR THE COURT:

     GREGORY C. LANGHAM, CLERK

     By s/ Edward P. Butler
          Edward P. Butler, Deputy Clerk